**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

6:10cv506

SEVERED FROM

| | | |
|---|---|---|
| PARALLEL NETWORKS, LLC | § | |
| | § | |
| Plaintiff, | § | C.A. NO. 6:10-CV-00111 |
| | § | |
| v. | § | JUDGE LEONARD E. DAVIS |
| | § | |
| ABERCROMBIE & FITCH CO., | § | JURY TRIAL DEMANDED |
| ET AL., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## NOTICE OF BANKRUPTCY

PLEASE TAKE NOTICE that on September 23, 2010, Blockbuster Digital

Technologies Inc., its parent, Blockbuster Inc., and their debtor affiliates (collectively, the

"***Debtors***")[1] each filed voluntary petitions under chapter 11 of title 11 of the United States Code

(the "***Bankruptcy Code***") in the United States Bankruptcy Court for the Southern District of New

York (the "***Bankruptcy Court***"). The Debtors' bankruptcy cases are being jointly administered

under Case No. 10-14997 pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy

Procedure. A copy of the chapter 11 petition filed by Blockbuster Inc. is attached hereto as

***Exhibit "A"***.

PLEASE TAKE FURTHER NOTICE that pursuant to section 362(a) of the

Bankruptcy Code, the filing of a voluntary petition operates as an automatic stay of "the

commencement or continuation, including issuance or employment of process, of a judicial,

---

[1]    The Debtors, together with the last four digits of each Debtor's federal tax identification number, are
Blockbuster Inc. (5102); Blockbuster Canada Inc. (1269); Blockbuster Digital Technologies Inc. (9222);
Blockbuster Distribution, Inc. (0610); Blockbuster Gift Card, Inc. (1855); Blockbuster Global Services,
Inc. (3019); Blockbuster International Spain Inc. (7615); Blockbuster Investments LLC (6313);
Blockbuster Procurement LP (2546); Blockbuster Video Italy, Inc (5068); Movielink LLC (5575); Trading
Zone Inc. (8588); and B$^2$, LLC (5219). The location of the Debtors' corporate headquarters and the service
address for all Debtors is: 1201 Elm Street, Dallas, Texas 75270.

administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code], or to recover a claim against the debtor that arose before the commencement of the case under [the Bankruptcy Code]" and of "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate." 11 U.S.C. §§ 362(a)(1) and 362(a)(3).

PLEASE TAKE FURTHER NOTICE that continuation of the above-referenced action is automatically stayed under the Bankruptcy Code. The Debtors reserve their right to bring an action in the Bankruptcy Court for any violation of the automatic stay under section 362(a) of the Bankruptcy Code related, among other things, to the continuation of the above-referenced action.

Dated: September 23, 2010

Respectfully Submitted,

VINSON & ELKINS L.L.P.

/s/ David K. Wooten
David Kent Wooten (TX Bar No. 24033477)
Vinson & Elkins L.L.P.
2500 First City Tower
1001 Fannin Street
Houston, TX 77002
Telephone: 713.758.2222
Facsimile:  713.615.5216
dwooten@velaw.com

Scott W. Breedlove (TX Bar No. 00790361)
LEAD ATTORNEY
Vinson & Elkins L.L.P.
2001 Ross Avenue
3700 Trammell Crow Center
Dallas, TX 75201-2975
Telephone 214.220.7993
Facsimile: 214.999.7993
sbreedlove@velaw.com

**Attorneys for Defendant**
**Blockbuster Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by facsimile transmission and/or first class mail this 23rd day of September, 2010.

*/s/ David K. Wooten*
David K. Wooten

US 567722v.1